437 A.2d 1027

Perloff Brothers, Inc. v. Celotex, Corp., Appellant.

Perloff Brothers, Inc., Appellant v. Celotex, Corp.

Petition for Allowance of Appeal Denied Dec. 17, 1981.

Argued June 11, 1980. Christopher K. Walters, for appellant (at Nos. 2377 and 2378) and appellee (at Nos. 2453 and 2454); Howard J. Kaufman, for appellant (at Nos. 2453 and 2454) and appellee (at Nos. 2377 and 2378).

Before BROSKY, WATKINS and CIRILLO, JJ.*

Judgment affirmed.

437 A.2d 1028

Smith v. Smith, Appellant.

Argued November 12, 1980. Lee C. McCandless, for appellant; Lee A. Montgomery, for appellee.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Order affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, is sitting by designation.